EOD 8-16-00

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

00 AUG 15 AM 10: 40

TX EASTERN-BEAUMONT

| | | |
|---|---|---|
| CAROL MIXON, et al. | § § | |
| v. | § § | CIVIL ACTION NO. 2:99CV92  Brenda Carter |
| EQUIFAX CREDIT INFORMATION, et al. | § § | |

## ORDER

Came on this day for consideration a Motion to Dismiss Separate Defendant, Credit First, N.A. (Doc. #218). Upon review of the Motion, this Court is of the opinion that the Motion should be granted. Therefore it is

ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion is granted.

SIGNED this 14 day of August, 2000.

THAD HEARTFIELD
UNITED STATES DISTRICT JUDGE

219